```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JOSHUA ORMAN

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     )  No. S-10-11-GGH
15                                )
                  Plaintiff,      )
16                                )  STIPULATION AND [PROPOSED] ORDER
         v.                       )
17                                )
    JOSHUA C. ORMAN,              )  Date: April 19, 2010
18                                )  Time: 2:00 p.m.
                  Defendant.      )  Judge: Hon. Gregory G. Hollows
19                                )
    _____ )
20

21

22  It is hereby stipulated and agreed to between the United States of

23  America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

24  defendant, JOSHUA C. ORMAN, by and through her counsel, LAUREN CUSICK,

25  Assistant Federal Defender, that the suppression hearing set for April

26  19, 2010 at 2:00 p.m., and the accompanying briefing schedule, be

27  vacated.

28  ///
```

1  We respectfully request the Court set a change of plea and
2  sentencing on April 19, 2010, at 2:00 p.m.
3  Dated:  March 29, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
JOSHUA C. ORMAN


Dated:  March 29, 2010

BENJAMIN WAGNER
United States Attorney


/s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney


[~~PROPOSED~~] ORDER

The suppression hearing set for April 19, 2010, at 2:00 p.m., and the accompanying briefing schedule, are vacated and reset to a change of plea and sentencing on April 19, 2010, at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 30, 2010

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER   -2-