FILED
APR 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.
Joshua C. Orman

CASE/CITATION NO. 10CR00011-GGH

**ORDER TO PAY**

SOCIAL SECURITY #: __
DATE OF BIRTH: __
DRIVER'S LICENSE #: __
ADDRESS: __

CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 4-18-10            Josh Orman
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 10.00 , and a penalty assessment of $ 1,000.00 for a TOTAL AMOUNT OF: $ 1010.00 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the 10/1/10 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | CLERK, USDC |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 4/19/10         _____
                      U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                          EDCA-3